IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| THOMAS P. JASIN | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 09-748 |
| | : | |
| MICHAEL, BEST AND FRIEDRICH, LLP. | : | |
| Defendant | : | |

## O R D E R

**STENGEL, J.**

**AND NOW**, this 2nd day of November, 2009, upon careful consideration of Defendant's motion for summary judgment (Document # 14) and the plaintiff's response thereto, it is hereby ORDERED that the motion is **GRANTED.** Judgment is entered in favor of defendant and the Clerk of Court is directed to close this case.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.